UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————

DEVA HOLDING A.S.,

                        Plaintiff,

            - against -                          25-cv-1478 (JGK)

ALKEM LABORATORIES LIMITED, ET AL.,              <u>ORDER</u>

                        Defendants.
————————————————————————

JOHN G. KOELTL, District Judge:

     The plaintiff had 90 days from filing the complaint to

serve the summons and complaint on the defendants. Fed. R. Civ.

P. 4(m). The plaintiff has failed to serve the summons and

complaint. The time to serve is extended until **June 27, 2025**. If

service is not made by June 27, 2025, the case will be dismissed

without prejudice for failure to prosecute.

SO ORDERED.

Dated:     New York, New York
           May 28, 2025

                                        John G. Koeltl
                                United States District Judge