UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEVA HOLDING, A.S.,

                Plaintiff(s)

      -against-

ALKEM LABORATORIES LIMITED, et al,
                Defendant(s).
-----------------------------------------------------------X

25 civ 1478 (JGK)

## ORDER

The conference scheduled for Wednesday, July 2, 2025, at 4:00pm, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025