```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

DEVA HOLDING A.S.,

                Plaintiff,

            25-cv-1478 (JGK)

    - against -

            ORDER

ALKEM LABORATORIES LIMITED, ET AL.,

                Defendant.

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **July 15, 2025**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

Dated:    New York, New York
            June 30, 2025

                                            _____
                                                John G. Koeltl
                                        United States District Judge